**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-CR-20237-GAYLES**

**UNITED STATES OF AMERICA,**

**v.**

**GORDON LOUIS,**

      **Defendant.**

_____/

**GOVERNMENT'S SECOND RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

      The United States hereby files this Second Response to the Standing Discovery Order.  On July 2, 2025, the government produced, via USAfx, additional discovery Bates stamped Louis_000173 through Louis_000272. Please contact the undersigned Assistant United States Attorney if any pages are missing. This production includes some of the documents from Defendant's A-File. If defense counsel would like to review a physical copy of Defendant's A-File, please contact the undersigned Assistant United States Attorney.

      Respectfully submitted,

      HAYDEN P. O'BYRNE
      UNITED STATES ATTORNEY

By:    /s/ *Christopher Jones*
      Christopher Jones
      Assistant United States Attorney
      Court ID No. A5503315
      United States Attorney's Office
      99 Northeast Fourth Street
      Miami, Florida 33132-2111
      Tel: 305-961-9161
      Email: Christopher.Jones4@usdoj.gov

1

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the

Court and delivered to counsel of record using CM/ECF this 2nd day of July, 2025, and that the

discovery referenced above has been provided to counsel for the Defendant by separate mailing.


*/s/ Christopher Jones*
Christopher Jones
Assistant United States Attorney

2