**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-CR-20237-GAYLES**

**UNITED STATES OF AMERICA,**

**v.**

**GORDON LOUIS,**

     **Defendant.**

_____/

**GOVERNMENT'S FIFTH RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this Fifth Response to the Standing Discovery Order.  On August 13, 2025, the government produced, via USAfx, additional discovery Bates stamped Louis_000371 through Louis_000513. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    /s/ *Christopher Jones*
Christopher Jones
Assistant United States Attorney
Court ID No. A5503315
United States Attorney's Office
99 Northeast Fourth Street
Miami, Florida 33132-2111
Tel: 305-961-9161
Email: Christopher.Jones4@usdoj.gov

1

**<u>CERTIFICATE OF SERVICE</u>**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Court and delivered to counsel of record using CM/ECF this 13th day of August, 2025, and that the discovery referenced above has been provided to counsel for the Defendant by separate mailing.

*/s/ Christopher Jones*
Christopher Jones
Assistant United States Attorney

2