UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20237-GAYLES

UNITED STATES OF AMERICA

v.

GORDON LOUIS,

Defendant.

_____/

### FACTUAL PROFFER

The United States of America and Defendant GORDON LOUIS (the "Defendant") (collectively, the "Parties"), stipulate to and agree not to contest the following facts and stipulate that such facts, in accordance with Rule 11(b)(3) of the Federal Rules of Criminal Procedure, provide a sufficient factual basis for the plea of guilty to Count 2 of the Indictment, which charges the Defendant with Voting by an Alien, in violation of Title 18, United States Code, Section 611(a). The Parties agree that had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

1.      The Defendant is a citizen of Haiti.

2.      The Defendant has never been a citizen of the United States.

3.      On October 31, 2020, the Defendant knowingly voted in the 2020 General Election.

4.      The 2020 General Election was held in part for the purpose of electing a candidate for the office of President, Vice President, Member of the Senate, and Member of the House of Representatives.

5.      At the time the Defendant voted in the 2020 General Election, he knew that he was not a citizen of the United States.

The United States and the Defendant agree that these facts, which do not include all of the facts known to the United States, are sufficient to prove the guilt of the Defendant as to the crime of Voting by an Alien, in violation of Title 18, United States Code, Section 611(a). The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the undersigned defendant's knowing, willful, and intentional plea of guilty.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 4/15/26          By: _____ For
                            TIMOTHY FARINA
                            ASSISTANT UNITED STATES ATTORNEY

Date: 4/15/26          By: _____
                            KATHLEEN TAYLOR
                            ATTORNEY FOR DEFENDANT

Date: 4-15-26          By: _____
                            GORDON LOUIS
                            DEFENDANT